IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11-CV-60-D

| | | |
|---|---|---|
| EAST CAROLINA UNIVERSITY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| ROY P. HOPKINS, JR., an individual d/b/a HEALTHY PIRATES and HEALTHY PIRATES.COM, | ) ) ) ) ) | |
| Defendant. | ) | |

On June 24, 2011, this court ordered all parties in this case who are not individuals, and who do not have an attorney of record in this case, to retain counsel and to have counsel file a notice of appearance not later than July 8, 2011. On June 24, 2011, defendant filed a motion [D.E. 12] for reconsideration of the court's June 24, 2011 order [D.E. 11]. On July 6, 2011, defendant filed his third motion for an extension of time to answer or otherwise plead to the complaint the complaint [D.E. 13]. On July 8, 2011, plaintiff responded to defendant's motions [D.E. 14].

The motion for reconsideration [D.E. 12] is DENIED. The motion for a 60-day extension of time is DENIED [D.E. 13]. Defendant shall answer or otherwise plead not later than August 5, 2011.

SO ORDERED. This 26 day of July 2011.

JAMES C. DEVER III
United States District Judge